**Minutes of the United States District Court**
**Southern District of California**
**JUNE 5, 2008**

**HON. CATHY ANN BENCIVENGO** **DEPUTY CLERK: L. HERNANDEZ**

TAPE NO. CAB08-10:02-10:04

08MJ1478-CAB USA vs. MIGUEL SUSTAITA (1)(C)(I) **09019298**

REMOVAL & IDENTITY
HEARING/DETENTION HEARING

HANNI FAKHOURY, FD (1)

AUSA: SABRINA FEVE

DETENTION HRG NOT HELD.
[-1] MOTION TO DETAIN - MOOT

REMOVAL & IDENTITY HEARING HELD.
DFT ADMITS TO IDENTITY; WAIVER FILED.
COURT ORDERS THE DFT REMOVED TO SOUTHEASTERN DIVISION
OF THE DISTRICT OF NORTH DAKOTA (FARGO).
WARRANT OF REMOVAL ISSUED TO USM.

FINANCIAL AFFIDAVIT FILED; APPOINTMENT OF FEDERAL DEFENDERS, INC. CONFIRMED.